IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN MANNING, | : | CIVIL ACTION |
| | : | NO. 05-4724 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this **18th** day of **May 2006,** it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment (doc. no. 9)

is **GRANTED,** for the reasons stated on the record in open court on

May 18, 2006.

**It is FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor

of defendants and against plaintiff, and the case shall be marked

**CLOSED.**


**AND IT IS SO ORDERED.**


**S/Eduardo C. Robreno**
**EDUARDO C. ROBRENO, J.**